**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNIE SANCHEZ, an individual<br>Plaintiff,<br>vs.<br>THE YORK GROUP, INC., a Delaware corporation; and DOES 1 through 20, Inclusive,<br>Defendants. | Case No.: 5:25-cv-01972-JGB-SP<br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

Pursuant to the Stipulation of the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED that this action, and all claims asserted therein, is DISMISSED in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear its own attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

DATED: April 27, 2026

HON. JESUS G. BERNAL
United States District Judge